| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348) |
| | United States Attorney |
| 2 | |
| | BARBARA J. VALLIERE (DCBN 439353) |
| 3 | Chief, Criminal Division |
| 4 | MEREDITH B. OSBORN (CABN 250467) |
| | Assistant United States Attorney |
| 5 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-6774 |
| 7 | meredith.osborn@usdoj.gov |

FILED
OCT 3 0 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,  )   CASE NO. CR 18-0257 CRB
                           )
    Plaintiff,             )   [PROPOSED] ORDER DENYING MOTION
                           )   FOR PRETRIAL RELEASE
    v.                     )
                           )
IVAN ROLDAN,               )
                           )
    Defendant.             )
_____)

The parties appeared before the Honorable Joseph C. Spero on October 29, 2018, for a detention hearing. The defendant was represented by Candis Mitchell. The government was represented by Assistant United States Attorney Meredith B. Osborn. The defendant, having previously waived detention, moved for pretrial release. The government opposed the motion, submitting that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required or the safety of the community.

The Court has considered the parties' proffers during the hearing on October 29, 2018, the defendant's past conduct and criminal record, the offense conduct alleged in the indictment, the bail study report, and the factors set forth in 18 U.S.C. § 3142(g).

For the reasons stated on the record at the hearing, including consideration of the history and

[PROPOSED] ORDER OF DETENTION     1
CR 18-0257 CRB

characteristics of the defendant and the nature and seriousness of the danger posed to the community should the defendant be released prior to trial, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure defendant's presence as required or the safety of any other person or the community.

Defendant is charged with one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). The Court notes that defendant's criminal record includes numerous incidents where defendant violated the terms of his probation or parole. Indeed, defendant was on probation at the time he committed the charged offense.

Considering the factors under 18 U.S.C. section 3142(g), including the nature and circumstances of the offense changed, the weight of the evidence, the defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release, the Court finds that no condition or combination of conditions will reasonably assure the appearance of the defendant as required or the safety of any person and the community. 18 U.S.C. § 3142(e).

The Court therefore orders the defendant detained prior to trial in this matter. The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED.

DATED: 10/30/18

HON. JOSEPH C. SPERO
United States Magistrate Judge